No. 10–10848.  HALSTIED v. OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 10–10849.  GOLD v. SCHUETTE.  C. A. 9th Cir.  Certiorari denied.

No. 10–10850.  FIERRO v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–10851.  GUY v. ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 10–10852.  HYMES v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 10–10853.  SOLLIDAY v. SPENCE.  C. A. 11th Cir.  Certiorari denied.

No. 10–10854.  SIMS v. NEBRASKA.  Sup. Ct. Neb.  Certiorari denied.

No. 10–10855.  SANCHEZ v. HERNDON, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–10856.  REDDIX v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 10–10857.  UCAK v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 10–10858.  BRANDOW v. BALDWIN, DIRECTOR, IOWA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 10–10859.  ALLRED v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 10–10860.  BARBA DE GARZA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–10861.  DAVIS v. KELLY, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 10–10862.  DEBERRY v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.